```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

MICAH RUDISILL, #48233-019                              PETITIONER

VS.                       CIVIL ACTION NO. 3:13-cv-834(DCB)(MTP)

M. MARTIN, WARDEN                                       RESPONDENT

<u>ORDER</u>

    This cause is before the Court regarding the Respondent's Supplemental Brief Regarding Petitioner's Habeas Petition (docket entry 45). In the supplemental brief, counsel for the Respondent advises that he has obtained a copy of the Presentence Report (PSR) from the Petitioner's 1999 sentencing, which can be provided to the Court <u>in</u> <u>camera</u>. The Court requests that counsel for Respondent furnish it a copy of the PSR.

    Accordingly,

    IT IS HEREBY ORDERED that counsel for Respondent shall furnish a copy of the PSR to the Court (designated "in camera") by United States mail upon receipt of this Order.

    SO ORDERED, this the 12th day of February, 2015.

                                          <u>/s/ David Bramlette</u>
                                          UNITED STATES DISTRICT JUDGE